**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00742-CV

### AZEB RUDER, Appellant

### V.

### WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01346-2014**

## ORDER

We **GRANT** appellant's July 11, 2016 unopposed motion for an extension of time to file an amended affidavit of indigence **to the extent** that appellant shall file any amended affidavit prior to any hearing on the contest.

/s/      ELIZABETH LANG-MIERS
        JUSTICE